IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| G.M. SIGN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-CV-01143 |
| v. | ) | |
| | ) | Honorable James B. Zagel |
| TAAG INDUSTRIES CORP. | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant without prejudice and without costs.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **G.M. SIGN, INC.** | **TAAG INDUSTRIES CORP.** |
| s/Brian J. Wanca | s/Bart T. Murphy (with permission) |
| By one of its attorneys | By one of its attorneys |
| Brian J. Wanca #3126474 | Bart T. Murphy # 6181178 |
| Anderson + Wanca | Ice Miller, LLP |
| 3701 Algonquin Rd., Ste. 760 | 2300 Cabot Dr., Ste. 455 |
| Rolling Meadows. IL 60008 | Lisle, IL 60532 |
| 847-368-1500 | 630-955-6392 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2015, I electronically filed the foregoing Stipultion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                              s/ Brian J. Wanca